FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 27 2012

JAMES W. McCORMACK, CLERK
By: _____
              DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO. 4:12-mj-5016-04

FERNANDO OBREGON-ACOSTA

## ORDER

The Defendant in the above-styled case is not well-versed in the English language and is unable to understand and comprehend the proceedings being conducted. The Court therefore directs that an interpreter be appointed, pursuant to Rule 28 of the Federal Rules of Criminal Procedure, to enable the Defendant to communicate with and comprehend the presiding judicial officers and other parties at any and all proceedings conducted in Court.

IT IS ORDERED that the Clerk is to appoint a qualified interpreter to assist the Defendant, counsel, and the Court at any and all court proceedings in this case.

IT IS SO ORDERED, this 27th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE